Matthew Franklin Jaksa (CA State Bar No. 248072)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA 94105-2994
Telephone: (415) 268-2000
Facsimile: (415) 268-1999
Email: matt.jaksa@hro.com

Attorneys for Plaintiffs,
BMG MUSIC; MAVERICK RECORDING
COMPANY; UMG RECORDINGS, INC.;
CAPITOL RECORDS, INC.; SONY BMG MUSIC
ENTERTAINMENT; and ARISTA RECORDS
LLC

RECEIVED
SEP 20 2007
E-filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

BMG MUSIC, a New York general partnership; MAVERICK RECORDING COMPANY, a California joint venture; UMG RECORDINGS, INC., a Delaware corporation; CAPITOL RECORDS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; and ARISTA RECORDS LLC, a Delaware limited liability company,

   Plaintiffs,

 v.

JOHN DOE,

   Defendant.

CASE NO. 07-04868 WHA

[PROPOSED] ORDER GRANTING PLAINTIFFS' *EX PARTE* APPLICATION FOR LEAVE TO TAKE IMMEDIATE DISCOVERY

Proposed Order
Case No.
#32507 v1

1 | Upon the Plaintiffs' *Ex Parte* Application for Leave to Take Immediate Discovery, the
2 | Declaration of Carlos Linares, and the accompanying Memorandum of Law, it is hereby:
3 | ORDERED that Plaintiffs may serve immediate discovery on University of San Francisco to
4 | obtain the identity of Defendant John Doe ("Defendant") by serving a Rule 45 subpoena that seeks
5 | documents that identify Defendant, including the name, current (and permanent) address and
6 | telephone number, e-mail address, and Media Access Control addresses for Defendant. The
7 | disclosure of this information is consistent with University of San Francisco's obligations under 20
8 | U.S.C. 1232g.
9 | IT IS FURTHER ORDERED THAT any information disclosed to Plaintiffs in response to
10 | the Rule 45 subpoena may be used by Plaintiffs solely for the purpose of protecting Plaintiffs' rights
11 | under the Copyright Act.

Dated: _____    By: _____
United States District Judge

9-25-07

Proposed Order
Case No.
#32507 v1