1  Matthew Franklin Jaksa (CA State Bar No. 248072)
   HOLME ROBERTS & OWEN LLP
2  560 Mission Street, 25th Floor
3  San Francisco, CA 94105-2994
   Telephone: (415) 268-2000
4  Facsimile: (415) 268-1999
   Email: matt.jaksa@hro.com
5
6  Attorneys for Plaintiffs,
   BMG MUSIC; MAVERICK RECORDING
7  COMPANY; UMG RECORDINGS, INC.;
   CAPITOL RECORDS, INC.; SONY BMG MUSIC
8  ENTERTAINMENT; and ARISTA RECORDS
9  LLC

RECEIVED
SEP 20 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

E-filing

10              UNITED STATES DISTRICT COURT
11              NORTHERN DISTRICT OF CALIFORNIA

WHA

13  BMG MUSIC, a New York general partnership;    CASE NO. C07-04868
14  MAVERICK RECORDING COMPANY, a
    California joint venture; UMG RECORDINGS,     [PROPOSED] ORDER GRANTING
15  INC., a Delaware corporation; CAPITOL         PLAINTIFFS' *EX PARTE* APPLICATION
    RECORDS, INC., a Delaware corporation;        FOR LEAVE TO TAKE IMMEDIATE
16  SONY BMG MUSIC ENTERTAINMENT, a               DISCOVERY
    Delaware general partnership; and ARISTA
17  RECORDS LLC, a Delaware limited liability
18  company,
            Plaintiffs,
19
20      v.

21  JOHN DOE,
            Defendant.
22

Proposed Order
Case No.
#32507 v1

    Upon the Plaintiffs' *Ex Parte* Application for Leave to Take Immediate Discovery, the Declaration of Carlos Linares, and the accompanying Memorandum of Law, it is hereby:

    ORDERED that Plaintiffs may serve immediate discovery on University of San Francisco to obtain the identity of Defendant John Doe ("Defendant") by serving a Rule 45 subpoena that seeks documents that identify Defendant, including the name, current (and permanent) address and telephone number, e-mail address, and Media Access Control addresses for Defendant. The disclosure of this information is consistent with University of San Francisco's obligations under 20 U.S.C. 1232g.

    IT IS FURTHER ORDERED THAT any information disclosed to Plaintiffs in response to the Rule 45 subpoena may be used by Plaintiffs solely for the purpose of protecting Plaintiffs' rights under the Copyright Act.

Dated: _____        By: _____
                                                     United States District Judge