IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BMG MUSIC, a New York general partnership, MAVERICK RECORDING COMPANY, a California joint venture, UMG RECORDINGS, INC., a Delaware corporation, CAPITOL RECORDS INC., a Delaware corporation, SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership, and ARISTA RECORDS LLC, a Delaware limited liability company,<br><br>    Plaintiffs,<br><br>  v.<br><br>JOHN DOE,<br><br>    Defendant. | No. C 07-04868 WHA<br><br>**ORDER DENYING PLAINTIFF'S REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE** |

Good cause not shown, the Court **DENIES** plaintiffs' *ex parte* application to continue the case management conference for thirty days.

**IT IS SO ORDERED.**

Dated: December 26, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE