| | |
|---|---|
| 1 | Matthew Franklin Jaksa (CA State Bar No. 248072) |
| 2 | HOLME ROBERTS & OWEN LLP |
|   | 560 Mission Street, 25th Floor |
| 3 | San Francisco, CA  94105-2994 |
|   | Telephone:   (415) 268-2000 |
| 4 | Facsimile:    (415) 268-1999 |
|   | Email:         matt.jaksa@hro.com |
| 5 | |
| 6 | Attorneys for Plaintiffs, |
|   | BMG MUSIC; MAVERICK RECORDING |
| 7 | COMPANY; UMG RECORDINGS, INC.; |
|   | CAPITOL RECORDS, INC.; SONY BMG MUSIC |
| 8 | ENTERTAINMENT; and ARISTA RECORDS |
|   | LLC |
| 9 | |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| BMG MUSIC, a New York general partnership; MAVERICK RECORDING COMPANY, a California joint venture; UMG RECORDINGS, INC., a Delaware corporation; CAPITOL RECORDS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; and ARISTA RECORDS LLC, a Delaware limited liability company, <br><br>              Plaintiffs, <br><br>   v. <br><br>JOHN DOE, <br>              Defendant. | CASE NO. C 07-04868 WHA <br><br>Honorable William H. Alsup <br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE** |

Notice of Dismissal Without Prejudice
Case No. C 07-04868 WHA
#34620 v1

1 | Pursuant to FED. R. CIV. P. 41(a)(1)(A)(i), Plaintiffs BMG MUSIC, *et al.*, by and through
2 | their attorneys, voluntarily dismiss without prejudice their copyright infringement claim against
3 | Defendant John Doe, also identified as ID # 115123253 with IP address 138.202.222.155 2007-01-
4 | 18 20:16:27 EST, each party to bear its/his own fees and costs.  The Clerk of Court is respectfully
5 | requested to close this file.

7 | Dated:  December 27, 2007                    HOLME ROBERTS & OWEN LLP

9 | By:   */s/ Matthew Franklin Jaksa*
          MATTHEW FRANKLIN JAKSA
          Attorney for Plaintiffs
          BMG MUSIC; MAVERICK
          RECORDING COMPANY; UMG
          RECORDINGS, INC.; CAPITOL
          RECORDS, INC.; SONY BMG MUSIC
          ENTERTAINMENT; and ARISTA
          RECORDS LLC

Notice of Dismissal Without Prejudice
Case No. C 07-04868 WHA
#34620 v1